**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 11-cr-00177-REB

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. LEONARDO GUTIERREZ-ARAGON,
     a/k/a Raul Gutierrez-Aragon,

     Defendant.

## MINUTE ORDER[1]

     The matter is before the court on pro se defendant's **Motion For Return of Property** [#27][2] filed October 19, 2011. The motion is **STRICKEN**. When a defendant is represented by counsel, this court will not accept pro se filings from that defendant. Such a pro se filing is improper. ***See United States v. Nichols***, 374 F.3d 959, 964 n.2 (10th Cir. 2004) (citing ***United States v. Guadalupe***, 979 F.2d 790, 795 (10th Cir. 1992)), reviewed on other grounds, 125 S.Ct. 1082 (2005).

     Dated: October 19, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.